IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40799
Summary Calendar
_____

LANEY J. HARRIS,

                                        Plaintiff-Appellant,

versus

T. WEST, Secretary of the Army,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:94-CV-94
- - - - - - - - - -
July 6, 1998

Before GARWOOD, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Laney J. Harris appeals from the district court's grant of summary judgment to the defendant in his employment discrimination suit. Harris argues that he was discriminated against on the bases of race, handicap, and retaliation when he was terminated from his job; that he was required to undergo a physical examination prior to the defendant's offer of a lower grade job; that he was removed from his job in reprisal for his alleged "whistleblower" activities; and that the defendant

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

violated the prohibition against double jeopardy.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.

AFFIRMED.